BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**
NOV 0 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 3734 LAUREL STREET, SHASTA LAKE, CALIFORNIA, SHASTA COUNTY, APN: 006-160-028, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 21915 ELK TRAIL W, REDDING, CALIFORNIA, SHASTA COUNTY, APN: 305-040-002, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>APPROXIMATELY $15,000.00 IN U.S. CURRENCY,<br><br>2008 APACHE BOX TRAILER, VIN: 5JRUE24278C201038, CALIFORNIA LICENSE NUMBER: 4JW1149,<br><br>2010 TRIUMPH MOTORCYCLE, VIN: SMTB01TL0AJ438759, OREGON LICENSE NUMBER: M672576,<br><br>OFF-ROAD DUNE BUGGY, VIN: CA736117, CALIFORNIA LICENSE NUMBER: 57V99P,<br><br>　　　　Defendants. | 2:13-CV-02326-KJM-DAD<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

1

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 8, 2013, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $15,000 in U.S. Currency, an Apache Box Trailer, a Triumph Motorcycle, and an offroad Dune-Buggy (collectively, the "defendant assets") are subject to forfeiture as property involved in, or traceable to, violations of federal drug laws and/or money laundering transactions.

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Internal Revenue Service – Criminal Investigations Task Force Officer Scott Maldonado, there is probable cause to believe that the defendant assets so described constitute properties that are subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

Dated: 11-8-13

EDMUND F. BRENNAN
United States Magistrate Judge