1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cv-02326-KJM-DAD |
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 3734 LAUREL STREET, SHASTA LAKE, CALIFORNIA, SHASTA COUNTY, APN: 006-160-028, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | APPLICATION AND ORDER FOR PUBLICATION |
| REAL PROPERTY LOCATED AT 21915 ELK TRAIL W, REDDING, CALIFORNIA, SHASTA COUNTY, APN: 305-040-002, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| APPROXIMATELY $15,000.00 IN U.S. CURRENCY, | |
| 2008 APACHE BOX TRAILER, VIN: 5JRUE24278C201038, CALIFORNIA LICENSE NUMBER: 4JW1149, | |
| 2010 TRIUMPH MOTORCYCLE, VIN: SMTB01TL0AJ438759, OREGON LICENSE NUMBER: M672576, | |
| OFF-ROAD DUNE BUGGY, VIN: CA736117, CALIFORNIA LICENSE NUMBER: 57V99P, | |
| Defendants. | |

1

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant real properties are located in Shasta Lake and Redding, California, Shasta County.

4. The defendants Approximately $15,000.00 in U.S. Currency, the 2008 Apache Box Trailer, the 2010 Triumph Motorcycle, and the Off-Road Dune-Buggy (collectively "defendant assets") were seized on September 26, 2013 in Redding, in Shasta County, California.

5. The United States proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6) A statement that answers to the Complaint or a motion

under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:   11/8/13

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin. C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: November 21, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil USvRealProperty2326.app.pub.docx